

**FILED**
10/7/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
AXK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 1:25-cr-00647 |
| | ) | Judge Sharon Johnson Coleman |
| | ) No. | Magistrate Judge Keri L. Holleb Hotaling |
| v. | ) | RANDOM / Cat. 4 |
| | ) | Violation: Title 18, United States |
| MATTHEW CASEY | ) | Code, Section 922(g)(1) |
| | ) | |
| | ) | **UNDER SEAL** |

THE SPECIAL MAY 2024 GRAND JURY charges:

On or about July 1, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

MATTHEW CASEY,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Glock, Model 43X, 9-millimeter pistol, bearing serial number BYAZ932, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

# FORFEITURE ALLEGATION

THE SPECIAL MAY 2024 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in any offense of conviction, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Glock, Model 43X, 9-millimeter pistol, bearing serial number BYAZ932, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Melody Wells on behalf of the
UNITED STATES ATTORNEY